# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARY RIGGIO,

Plaintiff(s),

v.

RELIANCE STANDARD LIFE INSURANCE
COMPANY, a Corporation,

Defendant(s).

CASE NO. CV09-03853 JW (PVT)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**

☒ Private ADR *(please identify process and provider)* _____
Private Mediation; Mediator To Be Determined.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐ other requested deadline _____

Dated: November 25, 2009        */s/ Thornton Davidson*_____
                               Attorney for Plaintiff MARY RIGGIO

Dated: November 25, 2009        */s/ Adrienne C. Publicover*_____
                               Attorney for Defendant
                               RELIANCE STANDARD LIFE INSURANCE COMPANY

NDC-ADR6

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      ☐   Non-binding Arbitration
      ☐   Early Neutral Evaluation (ENE)
      ☐   Mediation
      [X]  Private ADR

      Deadline for ADR session
      [X]  90 days from the date of this order.
      ☐   other _____

IT IS SO ORDERED.

Dated:  _____January 21, 2010_____

                                   _____
                                   Honorable James Ware
                                   United States District     Judge