ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES  (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:      (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY


ROBERT J. ROSATI  (SBN 112006)
THORNTON DAVIDSON  (SBN 166487)
Email: thornton@erisalg.com
ERISA LAW GROUP, L.L.P.
2055 San Joaquin Street
Fresno, CA  93721
Telephone:      (559) 256-9800
Facsimile:      (559) 256-9797

Attorneys for Plaintiff
MARY RIGGIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MARY RIGGIO, | CASE NO.    CV09-03853 JW (PVT) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, a Corporation, | Courtroom    :    8<br>Before The Honorable James Ware |
| Defendant. | Action Filed   :    August 21, 2009 |

---

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03853 JW (PVT)
549892.1

Plaintiff Mary Riggio and Defendant Reliance Standard Life Insurance Company ("Reliance") (Plaintiff and Defendant collectively referred herein as "the Parties"), through their attorneys of record, Thornton Davidson, Esq. of the ERISA Law Group LLP on behalf of Plaintiff and Adrienne C. Publicover, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP on behalf of Defendant, HEREBY STIPULATE that the above-captioned matter and all claims for relief herein can be dismissed with prejudice as to all Parties in its entirety pursuant to the Parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

Date: June 7, 2010                              WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP


                                           By:   /s/ Adrienne C. Publicover
                                                 Adrienne C. Publicover
                                                 Dennis J. Rhodes
                                                 Attorneys for Defendant
                                                 RELIANCE STANDARD LIFE
                                                 INSURANCE COMPANY


Date: June 7, 2010                              ERISA LAW GROUP, L.L.P.


                                           By:   /s/ Thornton Davidson
                                                 Robert J. Rosati
                                                 Thornton Davidson
                                                 Attorneys for Plaintiff
                                                 MARY RIGGIO

### ORDER

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**   The Clerk shall close this file.

Date: June 11, 2010                        _____
                                                 HONORABLE JAMES WARE
                                                 UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Mary Riggio v. Reliance Standard Life Insurance Company*
*USDC NDCA Case #CV09-03853 JW (PVT)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_✓_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Robert J. Rosati, Esq.
Thornton Davidson, Esq.
ERISA LAW GROUP, L.L.P.
2055 San Joaquin Street
Fresno, CA  93721
Tel:     (559) 256-9800
Fax:    (559) 256-9799

*Attorneys for Plaintiff*
*MARY RIGGIO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 7, 2010** at San Francisco, California.

Nancy Li